# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE KIMBERLY WANKER,
FIFTH JUDICIAL DISTRICT COURT,
DEPT. ONE, COUNTY OF NYE, STATE
OF NEVADA.

No. 69887



FILED

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on March 3, 2016, with the filing of a certified copy of the Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     Arrascada & Aramini, Ltd.
        Nevada Commission on Judicial Discipline
        Sinai Schroeder Mooney Boetsch Bradley & Pace

16-08589